IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 1:02-cr-00035-MP-AK

SHANE MARSHALL STARR,

Defendant.
_________________________________/

**O R D E R**

This matter is before the Court on the order in Doc. 95, directing that Defendant be placed at Stewart Marchman Center in Volusia County, Florida, for in-patient mental health and drug addiction care, treatment, and counseling. Pursuant to the order, Defendant was to remain at the center for sixty to ninety days. However, probation has informed the Court that the Stewart Marchman Center serves as a crisis management center rather than the residential treatment facility Defendant requested. Therefore, the order in Doc. 95 is held in abeyance, and a hearing on this matter is scheduled for Thursday, February 1, 2007, at 2:00 p.m., to determine the disposition of the supervised release violation.

**ORDERED AND ADJUDGED:**

1. The Court's order in Doc. 95 is held in abeyance;

2. A hearing on this matter is set for Thursday, February 1, 2007, at 2:00 p.m., at which defense counsel shall present a new plan for Defendant's in-patient mental health and drug treatment.

**DONE AND ORDERED** this *24th* day of January, 2007




Maurice M. Paul, Senior District Judge