IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:02-cr-00035 MMP

SHANE MARSHALL STARR,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 99, Motion for Status of Defendant's Examination, Filed by Defendant Shane Marshall Starr.  In his motion, Defendant states that he has not been designated to see a physician, a psychologist, or a psychiatrist, and has not received any treatment for his underlying problems, as was ordered by the Court in Doc. 98.  Defendant requests an update on the status of his examination and treatment.  A hearing on this matter was held on Friday, March 23, 2007.  At the hearing, the United States Marshal stated that daily attempts have been made to transport the Defendant to a facility, but so far no facility has been available to accept the Defendant.  In accordance with the Court's prior order, the United States Marshal shall transport the Defendant to the designated facility at the earliest possible time and in the most expeditious manner for evaluation, and the Government shall keep the Court and the Defendant's lawyer, Thomas E. Miller, apprised of the status of the Defendant's examination.

    **DONE AND ORDERED** this   *23rd* day of March, 2007

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge