IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:02-cr-00035-MP-AK

SHANE MARSHALL STARR,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on a request by the Warden of the Federal Detention Center, at Miami, Florida, for an extension of the period of commitment of Defendant Starr. Defendant was designated for mental health evaluation at the Federal Detention Center on April 2, 2007. In order to provide the Court with a written report of the evaluation, the Warden requests that the period of examination be extended until June 1, 2007. This request is granted, Defendant's period of commitment at the Federal Detention Center, Miami, Florida, is extended until June 1, 2007.

    **DONE AND ORDERED** this   *20th* day of April, 2007

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge