IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 1:02-cr-00035-MP-AK

SHANE MARSHALL STARR,

    Defendant.
_____/

### O R D E R

This matter is before the Court on a Final Hearing on the Revocation of Supervised Release as to Defendant Shane Marshall Starr, held on Thursday, June 21, 2007. At the hearing, Defendant accepted the medical evaluation of the Federal Detention Center, and admitted the three charged violations of the terms of his supervised release. Based upon Defendant's admission, the Court finds that Defendant violated the terms of his supervised release, and sentences him to time served. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Clerk is directed to enter judgment in accordance with this order.

2.     The United States Marshals' office is directed to release Defendant Starr from custody, unless other warrants for Defendant's arrest exist.

**DONE AND ORDERED** this  *21st* day of June, 2007

                        *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge