IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                            CASE NO. 1:02-cr-00035-MP-AK

SHANE MARSHALL STARR,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 108, Motion to Seal Proceedings, filed by Defendant Shane Starr. In the motion, Defendant requests the Court to seal the record of the revocation of supervised release hearing that occurred on June 21, 2007. Because of the nature of the proceedings, the Court agrees with Defendant that this matter should be sealed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's Motion to Seal Proceedings, Doc. 108, is granted, and the Clerk is directed to seal the revocation proceedings that occurred on June 21, 2007.

**DONE AND ORDERED** this   *26th* day of June, 2007

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge